# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

GIFFORD PINCHOT TASK FORCE, et. al.

  Plaintiff,

v.

U.S. FISH & WILDLIFE SERVICE

  Defendant.

Case No. C00-5462 FDB

**ORDER GRANTING MOTION FOR STAY**

  Upon review of the parties' *Joint Motion for Stay* (June 10, 2005), IT IS HEREBY ORDERED that this case is stayed until September 9, 2005, at which time the parties will: (a) notify the Court of the proposed terms of settlement; (b) seek additional time to achieve a settlement, if necessary; or (c) file a status report with this Court, in accordance with the *Revised Order Requiring Joint Status Report* (April 11, 2005), as appropriate.

DATED this 13th day of June 2005.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE