Hon. Franklin D. Burgess

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GIFFORD PINCHOT TASK FORCE; NORTHWEST ECOSYSTEM ALLIANCE; PACIFIC CREST BIODIVERSITY PROJECT, Washington non-profit organizations; and, CASCADIA WILDLANDS PROJECT; NORTHWEST ENVIRONMENTAL DEFENSE CENTER; OREGON NATURAL RESOURCES COUNCIL FUND; AMERICAN LANDS ALLIANCE; BARK; KLAMATH-SISKIYOU WILDLANDS CENTER, Oregon non-profit organizations,<br><br>Plaintiffs,<br>vs.<br>UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendant | Case No.: C00-5462-FDB<br><br><br><br><br>ORDER GRANTING MOTION TO CONTINUE STAY |

Upon review of the parties' Joint Motion to Continue Stay (September 8, 2005), IT IS HEREBY ORDERED that this case is stayed until December 9, 2005, at which time the parties will:  (a) notify the Court of the proposed terms of the settlement; (b) seek additional time to achieve a settlement, if necessary; or (c) file a status report with this Court, in accordance with the *Revised Order Requiring Joint Status Report* (April 11, 2005), as appropriate.

DATED this 14th day of September, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE